UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Criminal No. 98-cr-81104
                                            Civil No. 14-cv-10911

CECIL PEOPLES,

    Defendant.
                                                           /

**ORDER CLOSING CASE IN LIEU OF JUDGMENT**

On July 28, 2014, the court entered an order denying Defendant Cecil Peoples' *pro se* motion to vacate sentence pursuant to 28 U.S.C. § 2255.  Inasmuch as the issues in controversy have been resolved, the instant matter is deemed closed. Accordingly,

IT IS ORDERED that the Clerk of the Court close the above-captioned case.

                                                        s/Robert H. Cleland
                                                        ROBERT H. CLELAND
                                                        UNITED STATES DISTRICT JUDGE

Dated:  July 28, 2014


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 28, 2014, by electronic and/or ordinary mail.

                                                        s/Lisa Wagner
                                                        Case Manager and Deputy Clerk
                                                        (313) 234-5522